AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

District of Columbia

United States of America
v.

Timothy Finnegan

)
)
)
)
)
)

Case: 1:24-mj-00100
Assigned To : Harvey, G. Michael
Assign. Date : 3/19/2024
Description: Complaint W/ Arrest Warrant

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_                                    Timothy Finnegan                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, or Demonstrating in a Capitol Building.

Date:     03/19/2024

_____
_Issuing officer's signature_

City and state:          Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 3/19/2024, and the person was arrested on _(date)_ 3/21/2024
at _(city and state)_ Branchburg, NJ

Date: 3/21/2024

_____
_Arresting officer's signature_

Jason Jaremsko, Special Agent
_Printed name and title_